**Michael A. McFADDEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54964.**

Missouri Court of Appeals,
Western District.

May 5, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 30, 1998.

Application for Transfer Denied
Aug. 25, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

---

1. All further statutory references are to RSMo 1994.

### Order

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion.

Affirmed. Rule 84.16(b).